UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 94-Cr-631 (SHS) |
| -v- | : | ORDER |
| ANTHONY POPE, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant having filed a motion for compassionate release on May 3, 2022,

    IT IS HEREBY ORDERED that the government shall respond to the motion on or before May 20, 2022.

Dated: New York, New York
        May 4, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.