UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 94-cr-631 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANTHONY POPE, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    On January 16, 2025, Paul McAllister wrote this Court stating in part that he had been contacted by defendant and members of defendant's family in regard to representing defendant in his pending motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

    IT IS HEREBY ORDERED that if Mr. McAllister intends to represent defendant regarding the motion, he shall file a notice of appearance on or before August 18, 2025. If no appearance has been filed by August 18, 2025, the Court will proceed to adjudicate the defendant's pending *pro se* motion (Doc. No. 573).

    The Clerk of Court is directed to mail a copy of this Order to Anthony Pope [32493-054] at FCI Fairton, Federal Correctional Institution, P.O. Box 420, Fairton, NJ 08230.

Dated: New York, New York
         July 29, 2025

SO ORDERED:

*Sidney H Stein*
Sidney H. Stein, U.S.D.J.